1  Samuel H. Ruby, SBN 191091
   E-mail: samuel.ruby@bullivant.com
2  Kevin K. Ho, SBN 233408
   E-mail: kevin.ho@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California 94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  *Attorneys for Plaintiff The Continental Insurance Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN JOSEPH COTA; REGAL STONE LIMITED; FLEET MANAGEMENT LTD.; and the M/V COSCO BUSAN, LR/IMO Ship No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*,<br><br>Defendants. | Case No.<br><br>**FRCP RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF CONTINENTAL INSURANCE COMPANY** |

A.   Pursuant to Federal Rule of Civil Procedure 7.1(a), plaintiff The Continental Insurance Company, a corporation organized under the laws of Pennsylvania with its principal place of business in Chicago, Illinois, states it is a nongovernmental corporate party to this action and makes the disclosure in Paragraph C below.

B.   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a direct financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    C.    The Continental Insurance Company is wholly owned by CNA Financial Corporation. CNA Financial Corporation's stock is publicly traded. The following publicly held companies own 10% or more of CNA Financial Corporation's stock:

    1.    Loews Corporation

DATED: April 21, 2008

BULLIVANT HOUSER BAILEY PC

By *(signature)*
Samuel H. Ruby
Kevin K. Ho

Attorneys for Plaintiff The Continental Insurance Company

10505406.1