UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN JOSEPH COTA; REGAL STONE LIMITED; FLEET MANAGEMENT LTD.; and the *M/V COSCO BUSAN*, LR/IMO Ship No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*, <br><br> Defendants. | Case No.: <br><br> **[PROPOSED] ORDER RELATING CONTINENTAL INSURANCE COMPANY'S CASE TO *CHELSEA, LLC ET AL. V. REGAL STONE LIMITED, ET AL.* PURSUANT TO CIVIL LOCAL RULE 3-12** |

In accordance with Local Rule 3-12, Plaintiff The Continental Insurance Company ("Continental") gave notice that this matter may be related to the following civil actions:

- *Chelsea LLC et al. v. Regal Stone, Ltd., et. al.* (U.S.D.C. N.D. Cal. Case No.: 07-cv-05800);

- *Shogren Living Trust et al. v. Regal Stone, Ltd., et al.* (U.S.D.C. N.D. Cal. Case No.: 07-cv-05926); and,

- *United States v. M/V Cosco Busan, et al.* (U.S.D.C. N.D. Cal. Case No.: 07-cv-06045) (collectively, "the Civil Actions").

These listed cases were deemed related to be related on December 11, 2007 and were assigned to Judge Samuel Conti.

Continental's case is hereby deemed related to civil case *Chelsea LLC et al. v. Regal Stone, Ltd., et. al.* (U.S.D.C. N.D. Cal. Case No.: 07-cv-05800) and to the above-referenced cases already deemed related to it.

Continental's case is also related to the following criminal action: *United States v. Cota* (U.S.D.C. N.D. Cal. Case No.: 08-cr-00160). No action is taken with respect to this case.

Continental's action is hereby assigned to Judge Samuel Conti.

1    DATED: _____ 2008

2

3

4                                            By  _____
                                                Judge of the United States District Court
5                                               Northern District of California

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Motions

3:07-cv-05800-SC Chelsea, LLC v. Regal Stone, Ltd. et al
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
***If there is no second hyperlink, there is no electronic document available .***
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Ruby, Samuel entered on 4/21/2008 3:23 PM and filed on 4/21/2008
**Case Name:**      Chelsea, LLC v. Regal Stone, Ltd. et al
**Case Number:**   3:07-cv-5800
**Filer:**                 The Continental Insurance Co.
**Document Number:** 85

**Docket Text:**
**MOTION to Relate Case filed by The Continental Insurance Co.. (Attachments: # (1) Proposed Order Proposed order)(Ruby, Samuel) (Filed on 4/21/2008)**

**3:07-cv-5800 Notice has been electronically mailed to:**

William M. Audet     waudet@audetlaw.com

Cory A. Birnberg     birnberg@birnberg.com, amyc@birnberg.com, jsalama@birnberg.com, secty@birnberg.com, swilliams@birnberg.com, vicky@birnberg.com

Nicole Sheldon Bussi     nicole.bussi@kyl.com

Conte C. Cicala    contec@fdw-law.com, aleksd@fdw-law.com, erichw@fdw-law.com, jamesn@fdw-law.com, susanm@fdw-law.com

John D. Giffin    john.giffin@kyl.com

Michael Andrew McShane    mmcshane@audetlaw.com

Adel A. Nadji    anadji@audetlaw.com, abrennan@audetlaw.com

James Barton Nebel    jamesn@fdw-law.com, susanm@fdw-law.com

Bradley Robert O'Brien    brad.o'brien@usdoj.gov, EFILE_SF.ENRD@usdoj.gov

Samuel Harold Ruby    samuel.ruby@bullivant.com, sanfranciscodocketing@bullivant.com, wai.wong@bullivant.com

Julie L. Taylor    julie.taylor@kyl.com

The Continental Insurance Co.    samuel.ruby@bullivant.com

R. Michael Underhill    mike.underhill@usdoj.gov, bonnie.li@usdoj.gov, veronica.garner@usdoj.gov

Anthony M. Urie    anthonyurie@gmail.com

Erich Paul Wise    Erichw@fdw-law.com, jacquelinea@fdw-law.com

**3:07-cv-5800 Notice has been delivered by other means to:**

A leksandrs Eduards Drumalds
Flynn Delich & Wise LLP
One World Trade Center, Suite 1800
Long Beach, CA 90831-1800

Joshua C. Ezrin
Audet & Partners, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**F:\Global\E-Filing\1734-119\Motion to Relate.PDF
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/21/2008] [FileNumber=4323362-0]

[4aca92cd12102b8517334abeadf0f82457434b488312e369e46b88f96c5ba61e1f3a1
46d0f8a677adb632ad02937d4913555e4b5943248be7c55092c332eb6f8]]
**Document description:**Proposed Order Proposed order
**Original filename:**F:\Global\E-Filing\1734-119\4-21-08 Proposed Order1.PDF
**Electronic document Stamp:**

[STAMP CANDStamp_ID=977336130 [Date=4/21/2008] [FileNumber=4323362-1]

[a10ac93a899fe0e0f967ed4799e5facf9734a0726232df76393628c75ebb8c075f88d
4f43332ef1c0ecb15869c67d6566b8d06ba84350b2033928279d975f5cc]]