Samuel H. Ruby, SBN 191091
E-mail: samuel.ruby@bullivant.com
Kevin K. Ho, SBN 233408
E-mail: kevin.ho@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Steven M. Crane, SBN 108930
E-mail: scrane@bcrslaw.com
BERKES CRANE ROBINSON & SEAL LLP
515 Figueroa Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 955-1150
Facsimile: (213) 955-1155

*Attorneys for Plaintiff The Continental Insurance Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN JOSEPH COTA; REGAL STONE LIMITED; FLEET MANAGEMENT LIMITED and the *M/V COSCO BUSAN (aka HANJIN VENEZIA)*, LR/IMO Ship No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*,<br><br>Defendants. | Case No.: 3:08-cv-2052-SC as related to: 07-cv-5800-SC, 07-cv-6045-SC, and 07-cv-5926-SC<br><br>**PROOF OF SERVICE** |

– 1 –

PROOF OF SERVICE

1                                             **PROOF OF SERVICE**

2          I am employed in the City and County of San Francisco by the law firm of Bullivant

3 Houser Bailey, PC ("the business"), 601 California Street, Suite 1800, San Francisco, CA

4 94108. I am over the age of 18 and not a party to this action. On June 13, 2008, I served the

5 document(s) entitled:

6        (1) **FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF,**

7            **INDEMNITY AND REIMBURSEMENT (on Defendant Fleet Management**

8            **Ltd.)**

9        (2) **PROOF OF SERVICE**

10 upon the following party(ies):

| | |
|---|---|
| William M. Audet (C-07-5800 SC)<br>Audet and Partners LLP<br>221 Main St., Ste. 1460<br>San Francisco, CA 94105<br>Phone: (415) 568-2555<br>Fax:  (415) 568-2556<br>Counsel for Plaintiffs in C-07-5800 SC | Cory A. Birnberg (C-07-5926 SC)<br>Birnberg & Associates<br>703 Market St., Ste. 600<br>San Francisco, CA 94103-2114<br>Phone: (415) 398-1040<br>Fax:  (415) 398-2001<br>Counsel for Plaintiffs in C-07-5926 SC |
| Walter G. Coppenrath, Jr.<br>George Jones<br>Coppenrath & Associates<br>400 Oceangate, Ste. 700<br>Long Beach, CA 90802<br>Phone: (562) 216-2948<br>Fax:  (562) 252-1136<br>Counsel for John Cota | David P. Schack (CV-8-2052)<br>K & L Gates<br>10100 Santa Monica Blvd., 7th Flr.<br>Los Angeles, CA 90067<br>Phone: (310) 552-5000<br>Fax:  (310) 552-5001<br>Counsel for John Joseph Cota |
| John D. Giffin (C-07-5800 SC)<br>Keesal Young & Logan<br>4 Embarcadero Ctr., Ste. 1500<br>San Francisco, CA 94111<br>Phone: (415) 398-6000<br>Fax:  (415) 981-0136<br>Counsel for Regal Stone, Fleet Management, and COSCO BUSAN, *in rem* | R. Michael Underhill<br>U.S. Department of Justice<br>450 Golden Gate Ave.<br>7th Flr., Rm. 7-5395<br>PO Box 36028<br>San Francisco, CA 94102-3463<br>Phone: (415) 436-6648<br>Fax:  (415) 436-6632<br>Counsel for the United States of America |

| | |
|---|---|
| Elizabeth A. Kendrick<br>Keesal Young & Logan<br>400 Oceangate<br>Long Beach, CA 90802<br>Phone: (562) 436-2000<br>Fax:    (562) 436-7416<br>Counsel for Regal Stone | |

☒     BY E-MAIL: I caused such document(s) to be served electronically on all parties via the United States District Court's Northern District ECF e-filing system.

☒     Pursuant to California Rules of Court, Rule 201, and the Local Rules of the United States District Court, I certify that all originals and service copies (including exhibits) of the papers referred to herein were produced and reproduced on paper purchased as recycled, as defined by Section 42202 of the Public Resources Code.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2008, at San Francisco, California.

_____
Patricia Larkin

---

10617541.1

– 3 –

PROOF OF SERVICE