1  Samuel H. Ruby, SBN 191091
   E-mail: samuel.ruby@bullivant.com
2  Kevin K. Ho, SBN 233408
   E-mail: kevin.ho@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California 94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Steven M. Crane, SBN 108930
   E-mail: scrane@bcrslaw.com
7  BERKES CRANE ROBINSON & SEAL LLP
   515 Figueroa Street, Suite 1500
8  Los Angeles, California 90071
   Telephone: (213) 955-1150
9  Facsimile: (213) 955-1155

10 *Attorneys for Plaintiff The Continental
   Insurance Company*

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16 THE CONTINENTAL INSURANCE COMPANY,
   
   Case No.: 3:08-cv-2052-SC as related to: 07-cv-5800-SC, 07-cv-6045-SC, and 07-cv-5926-SC

17              Plaintiff,
   
   **PROOF OF SERVICE**

18      vs.

19 JOHN JOSEPH COTA; REGAL STONE
   LIMITED; FLEET MANAGEMENT
20 LIMITED and the *M/V COSCO BUSAN (aka
   HANJIN VENEZIA)*, LR/IMO Ship No.
21 9231743 her engines, apparel, electronics,
   tackle, boats, appurtenances, etc., *in rem*,
22
             Defendants.
23

24      I am employed in the City and County of San Francisco by the law firm of Bullivant

25 Houser Bailey, PC ("the business"), 601 California Street, Suite 1800, San Francisco, CA

26 94108. I am over the age of 18 and not a party to this action. On July 8, 2008, I served the

27 document(s) entitled:

28      **ADR CERTIFICATION BY PARTIES AND COUNSEL**

— 1 —

PROOF OF SERVICE

1  upon the following party(ies):

2  David P. Schack
K & L Gates
3  10100 Santa Monica Blvd., 7th Flr.
Los Angeles, CA  90067
4  Phone    (310) 552-5000
5  Fax      (310) 552-5001
E-mail   david.schack@klgates.com
6  *Counsel for John Joseph Cota*

7  Elizabeth A. Kendrick
Keesal Young & Logan
8  400 Oceangate
9  Long Beach, CA  90802
Phone    (562) 436-2000
10 Fax      (562) 436-7416
E-mail   Elizabeth.Kendrick@kyl.com
11 *Counsel for Regal Stone Limited; Fleet*
12 *Management Limited*

13 ☒     By E-MAIL VIA PDF FILE, by transmitting on this date via e-mail a true and correct

14        copy scanned into an electronic file in Adobe "pdf" format.  The transmission was

15        reported as complete and without error.

16        I declare under penalty of perjury that the foregoing is true and correct.  Executed on

17 July 8, 2008, at San Francisco, California.

20 _____
   Patricia Larkin

— 2 —
PROOF OF SERVICE