1  Samuel H. Ruby, SBN 191091
   E-mail: samuel.ruby@bullivant.com
2  Kevin K. Ho, SBN 233408
   E-mail: kevin.ho@bullivant.com
3  Bullivant Houser Bailey PC
   601 California Street, Suite 1800
4  San Francisco, California 94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Steven M. Crane, SBN 108930
   E-mail: scrane@bcrslaw.com
7  BERKES CRANE ROBINSON & SEAL LLP
   515 South Figueroa Street, Suite 1500
8  Los Angeles, CA 90071
   Telephone: (213) 955-1150
9  Facsimile: (213) 955-1155

10 Attorneys for *Plaintiff The Continental Insurance Company*

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  THE CONTINENTAL INSURANCE COMPANY,<br>16            Plaintiff,<br>17     vs.<br>18  JOHN JOSEPH COTA; REGAL STONE LIMITED; FLEET MANAGEMENT<br>19  LIMITED and the *M/V COSCO BUSAN (aka HANJIN VENEZIA)*, LR/IMO Ship No.<br>20  9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*,<br>21<br>22            Defendants. | Case No.: 3:08-cv-2052-SC as related to: 07-cv-5800-SC, 07-cv-6045-SC, 07-cv-5926-SC and, 08-cv-2268<br><br>**ASSOCIATION OF COUNSEL** |

23

24          **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

25          **PLEASE TAKE NOTICE** that Bullivant Houser Bailey, PC hereby associates

26 Steven M. Crane and the law firm of Berkes Crane Robinson & Seal, LLP, 515 South Figueroa

27 Street, Suite 1500, Los Angeles, CA 90071, Telephone: (213) 955-1150, Facsimile: (213) 955-

28

1155, email: scrane@bcrslaw.com, as attorney of record for plaintiff THE CONTINENTAL INSURANCE COMPANY in this action.

DATED: July 14, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Samuel H. Ruby
Kevin K. Ho

Attorneys for Plaintiff
The Continental Insurance Company

BERKES CRANE ROBINSON & SEAL LLP

By _____
Steven M. Crane

Attorneys for Plaintiff
The Continental Insurance Company

10676214.1

*****

ASSOCIATION OF COUNSEL