David P. Schack (State Bar No. 106288)
david.schack@klgates.com
Luke G. Anderson (State Bar No. 210699)
luke.anderson@klgates.com
K&L Gates LLP
10100 Santa Monica Blvd.
Seventh Floor
Los Angeles, California 90067
Telephone:  (310) 552-5000
Facsimile:   (310) 552-5001

Attorneys for Defendant JOHN J. COTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY,<br><br>                                Plaintiff,<br><br>    v.<br><br>JOHN JOSEPH COTA; REGAL STONE LIMITED; FLEET MANAGEMENT LTD.; and the *M/V COSCO BUSAN*, LR/IMO Ship No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*,<br><br>                                Defendants. | Case No.  3:08-cv-2052-SC as related to: 07-cv-5800-SC, 07-cv-6045-SC, and 07-cv-5926-SC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

    **PLEASE TAKE NOTICE** that Defendant John J. Cota ("Captain Cota") submits this Certification of Interested Entities or Persons pursuant to Local Rule 3-16.

1.    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED this 21st day of July, 2008.

                                                       K&L GATES LLP

                                                       By  /s/ David P. Schack
                                                          David P. Schack
                                                     Attorneys for Defendant
                                                     JOHN J. COTA

1.