Samuel H. Ruby, SBN 191091
E-mail: samuel.ruby@bullivant.com
Kevin K. Ho, SBN 233408
E-mail: kevin.ho@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone:    415.352.2700
Facsimile:    415.352.2701

Steven M. Crane, SBN 108930
E-mail: scrane@bcrslaw.com
BERKES CRANE ROBINSON & SEAL LLP
515 South Figueroa Street, Suite 1500
Los Angeles, California 90071
Telephone:    213.955.1150
Facsimile:    213.955.1155

Attorneys for Plaintiff and Counterdefendant
The Continental Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN JOSEPH COTA; REGAL STONE LIMITED; FLEET MANAGEMENT LTD,; and the M/V COSCO BUSAN, LR/IMO Ship No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*,<br><br>Defendants. | Case No.: C-08-2052-SC<br><br>Related to Case No:<br>07-cv-05926-SC<br>07-cv-06045-SC<br>07-cv-05800-SC<br>08-cv-02268-SC<br><br>**PROOF OF SERVICE** |
| REGAL STONE LIMITED and FLEET MANAGEMENT, LTD.,<br><br>Counterclaimants,<br><br>vs.<br><br>THE CONTINENTAL INSURANCE COMPANY,<br><br>Counterdefendant. | |

| | |
|---|---|
| 1 | REGAL STONE LIMITED and FLEET MANAGEMENT, LTD., |
| 2 | |
| | Cross-Complainants, |
| 3 | |
| | vs. |
| 4 | |
| | JOHN JOSEPH COTA, |
| 5 | |
| | Cross-Defendant. |
| 6 | REGAL STONE LIMITED and FLEET MANAGEMENT, LTD., |
| 7 | |
| | Third-Party Plaintiffs, |
| 8 | |
| | vs. |
| 9 | |
| 10 | THE SAN FRANCISCO BAR PILOTS and THE SAN FRANCISCO BAR PILOTS BENEVOLENT AND PROTECTIVE ASSOCIATION, |
| 11 | |
| 12 | |
| | Third-Party Defendants. |

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey PC ("the business"), 601 California Street, Suite 1800, San Francisco, CA 94105. I am over the age of 18 and not a party to this action. On August 4, 2008, I served the document(s) entitled:

**CONTINENTAL INSURANCE COMPANY'S ANSWER TO REGAL STONE AND FLEET MANAGEMENT'S COUNTERCLAIM**

upon the following parties:

| | |
|---|---|
| William M. Audet (C-07-5800 SC)<br>Audet and Partners LLP<br>221 Main St., Ste. 1460<br>San Francisco, CA 94105<br>Phone: (415) 568-2555<br>Fax:    (415) 568-2556<br>***Counsel for Plaintiffs in C-07-5800 SC*** | Cory A. Birnberg (C-07-5926 SC)<br>Birnberg & Associates<br>703 Market St., Ste. 600<br>San Francisco, CA 94103-2114<br>Phone: (415) 398-1040<br>Fax:    (415) 398-2001<br>***Counsel for Plaintiffs in C-07-5926 SC*** |
| Walter G. Coppenrath, Jr.<br>George Jones<br>Coppenrath & Associates<br>400 Oceangate, Ste. 700<br>Long Beach, CA 90802<br>Phone: (562) 216-2948<br>Fax:    (562) 252-1136<br>***Counsel for John Cota*** | David P. Schack (CV-8-2052)<br>K & L Gates<br>10100 Santa Monica Blvd., 7th Flr.<br>Los Angeles, CA 90067<br>Phone: (310) 552-5000<br>Fax:    (310) 552-5001<br>***Counsel for John Joseph Cota*** |

| | |
|---|---|
| John D. Giffin (C-07-5800 SC)<br>Keesal Young & Logan<br>4 Embarcadero Ctr., Ste. 1500<br>San Francisco, CA 94111<br>Phone: (415) 398-6000<br>Fax:    (415) 981-0136<br>***Counsel for Regal Stone Limited; Fleet Management Limited; and COSCO BUSAN, in rem*** | R. Michael Underhill<br>U.S. Department of Justice<br>450 Golden Gate Ave.<br>7th Flr., Rm. 7-5395<br>PO Box 36028<br>San Francisco, CA 94102-3463<br>Phone: (415) 436-6648<br>Fax:    (415) 436-6632<br>***Counsel for the United States of America*** |

Elizabeth A. Kendrick
Keesal Young & Logan
400 Oceangate
Long Beach, CA 90802
Phone (562) 436-2000
Fax    (562) 436-7416
***Counsel for Regal Stone Limited; and Fleet Management Limited***

(X)   <u>BY MAIL</u> (CCP § 1013a): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed true and correct copies of the above-titled document(s) in envelopes addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelopes and placed them for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

(X)   <u>BY FACSIMILE TRANSMISSION</u> (CRC 2008(e)): I transmitted the documents by facsimile transmission by placing them in a facsimile machine (telephone number 415-352-2701) and transmitting them to the facsimile machine telephone numbers listed above. A transmission report was properly issued by the transmitting facsimile machine. Each transmission was reported as complete and without error. A true and correct copy of the transmission report is attached hereto.

( )   <u>BY OVERNIGHT DELIVERY</u> (CCP § 1013(c)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing by Express Mail and other carriers providing for overnight delivery. I placed true and correct copies of the above-titled document(s) in envelopes addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelopes and placed them for collection and mailing by Express Mail or other carrier for overnight delivery in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with Express Mail or other carrier on the same day.

( )   <u>BY PERSONAL SERVICE UPON AN ATTORNEY</u> (CCP § 1011(a)): I placed true and correct copies of the above-titled document(s) in sealed envelopes addressed as indicated above. I delivered each of said envelopes by hand to a receptionist or person having charge of it at the address on the envelope, or, if no person was present, by

leaving the envelope in a conspicuous place in the office between the hours of nine in the morning and five in the afternoon.

( )   BY PERSONAL SERVICE UPON A PARTY (CCP § 1011(b)): I placed true and correct copies of the above-titled document(s) in sealed envelopes addressed as indicated above. I delivered each of said envelopes by hand to a person of not less than 18 years of age at the address listed on the envelope, between the hours of eight in the morning and six in the evening.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 4, 2008, at San Francisco, California.

Patricia Larkin

10707967.1

— 4 —
PROOF OF SERVICE

```
                    *******************************
                    ***   MULTI TX/RX REPORT   ***
                    *******************************
TX/RX NO              2823
PGS.                  12
TX/RX INCOMPLETE
                    (2)   3982001#3892
                    (6)   4366632#3892
TRANSACTION OK
                    (1)   95682556#3892
                    (3)   915622521136#3892
                    (4)   913105525001#3892
                    (5)   99810136#3892
                    (7)   915624367416#3892
ERROR INFORMATION
                          -----
```

# **BB** Bullivant | Houser | Bailey PC

Attorneys at Law

# FAX

| | | | |
|---|---|---|---|
| **From:** | Patricia Larkin | **Date:** | August 4, 2008 |
| **C/M #:** | 10734/119 | **Reference:** | Continental vs. Cota |

---

Number of pages being transmitted including the cover page: **12**

---

|     |                                        | **Fax No.**  | **Telephone No.** |
|-----|----------------------------------------|--------------|-------------------|
| To: | William M. Audet                       | 415.568.2556 | 415.568.2555      |
|     | Cory A. Birnberg                       | 415.398.2001 | 415.398.1040      |
|     | Walter G. Coppenrath, Jr. / George Jones | 562.252.1136 | 562.216.2948    |
|     | David P. Schack                        | 310.552.5001 | 310.552.5000      |
|     | John D. Giffin                         | 415.981.0136 | 415.398.6000      |
|     | R. Michael Underhill                   | 415.436.6632 | 415.436.6648      |
|     | Elizabeth A. Kendrick                  | 562.436.7416 | 562.436.2000      |

---

**Message/Document(s) faxed:**

```
*****************************
***   MULTI TX/RX REPORT   ***
*****************************

TX/RX NO            2824
PGS.                12
TX/RX INCOMPLETE
                    -----
TRANSACTION OK
                    (1)   914153982001#2731
                    (2)   914154366632#2731
ERROR INFORMATION
                    -----
```

2731

# Bullivant | Houser | Bailey PC

### Attorneys at Law

# FAX

| **From:** | Patricia Larkin | **Date:** | August 4, 2008 |
| **C/M #:** | 10734/119 | **Reference:** | Continental vs. Cota |

---

**Number of pages being transmitted including the cover page:** **12**

---

|  |  | **Fax No.** | **Telephone No.** |
|---|---|---|---|
| **To:** | William M. Audet | 415.568.2556 | 415.568.2555 |
|  | Cory A. Birnberg | 415.398.2001 | 415.398.1040 |
|  | Walter G. Coppenrath, Jr. / George Jones | 562.252.1136 | 562.216.2948 |
|  | David P. Schack | 310.552.5001 | 310.552.5000 |
|  | John D. Giffin | 415.981.0136 | 415.398.6000 |
|  | R. Michael Underhill | 415.436.6632 | 415.436.6648 |
|  | Elizabeth A. Kendrick | 562.436.7416 | 562.436.2000 |

---

**Message/Document(s) faxed:**

**Please call fax operator at (415) 352-2700 if all pages are not received.**