R. SCOTT ERLEWINE (State Bar No. 095106)
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Third-Party Defendants
SAN FRANCISCO BAR PILOTS and
THE SAN FRANCISCO BAR PILOTS
BENEVOLENT AND PROTECTIVE ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN JOSEPH COTA; REGAL STONE LIMITED; FLEET MANAGEMENT, LTD.; and the M/V COSCO BUSAN, LR/IMO Ship. No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*<br><br>    Defendants.<br><br>REGAL STONE LIMITED and FLEET MANAGEMENT, LTD.,<br><br>    Counterclaimants,<br><br>v.<br><br>THE CONTINENTAL INSURANCE COMPANY,<br><br>    Counterdefendant. | Case No. C-08-2052-SC<br><br>Related to Case No:<br>3:07-CV-05926-SC<br>3:07-CV-06045-SC<br>3:07-CV-05800-SC<br><br>STIPULATION FOR EXTENSION OF TIME FOR THIRD PARTY DEFENDANTS SAN FRANCISCO BAR PILOTS AND THE SAN FRANCISCO BAR PILOTS BENEVOLENT AND PROTECTIVE ASSOCIATION TO ANSWER OR OTHERWISE RESPOND TO THE THIRD PARTY COMPLAINT |

PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
415) 398-0900

Continental Ins. Co. v. Cota, et. al, Case No. C 08-2052-SC
S:\Clients\SF Bar Pilots\8086.7(Regal Stone)\pld\stip-resp-third-party-comp.wpd

| | |
|---|---|
| 1 | REGAL STONE LIMITED and FLEET MANAGEMENT, LTD., |
| 2 | |
| 3 | Cross-Complainants, |
| 4 | v. |
| 5 | JOHN JOSEPH COTA, |
| 6 | Cross-Defendant. |
| 7 | REGAL STONE LIMITED and FLEET MANAGEMENT, LTD., |
| 8 | |
| 9 | Third-Party Plaintiffs, |
| 10 | v. |
| 11 | THE SAN FRANCISCO BAR PILOTS and THE SAN FRANCISCO BAR PILOTS BENEVOLENT AND PROTECTIVE ASSOCIATION, |
| 13 | Third-Party Defendants. |

The undersigned parties, by and through their counsel of record, hereby stipulate pursuant to Local Rule 6-1 that Third Party Defendants San Francisco Bar Pilots and The San Francisco Bar Pilots Benevolent and Protective Association shall have a 21-day extension of time to and including September 1, 2008 in which to answer or otherwise respond to the Third Party Complaint filed herein. There have been no prior extensions of time.

DATED: August 6, 2008

PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
R. SCOTT ERLEWINE
Attorneys for Third-Party Defendants
SAN FRANCISCO BAR PILOTS and THE SAN FRANCISCO BAR PILOTS BENEVOLENT AND PROTECTIVE ASSOCIATION

PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

Continental Ins. Co. v. Cota, et. al, Case No. C 08-2052-SC
S:\Clients\SF Bar Pilots\8086.7(Regal Stone)\pld\stip-resp-third-party-comp.wpd

1
2  DATED: August 6, 2008         KEESAL, YOUNG & LOGAN
3
4                                By: /s/ Elizabeth A. Kendrick
                                  ELIZABETH A. KENDRICK
5                                 Attorneys for Defendants, Counterclaimants, Cross-
                                  Claimants and Third-Party Plaintiffs
6                                 REAL STONE LIMITED and FLEET
                                  MANAGEMENT, LTD.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PHILLIPS, ERLEWINE &
GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco CA 94111
(415) 398-0900

CAPTION - Case No. C 02-00940 VRW ARB
S:\Clients\SF Bar Pilots\8086.7(Regal Stone)\pld\stip-resp-third-party-comp.wpd

3