1  Samuel H. Ruby, SBN 191091
   E-Mail: samuel.ruby@bullivant.com
2  Kevin K. Ho, SBN 233408
   E-Mail: kevin.ho@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California 94108
   Telephone:   415.352.2700
5  Facsimile:   415.352.2701

6  Steven M. Crane, SBN 108930
   E-mail: scrane@bcrslaw.com
7  BERKES CRANE ROBINSON & SEAL LLP
   515 South Figueroa Street, Suite 1500
8  Los Angeles, California 90071
   Telephone:   213.955.1150
9  Facsimile:   213.955.1155

10 Attorneys for Plaintiff and Counterdefendant
   The Continental Insurance Company
11

12            UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15 | THE CONTINENTAL INSURANCE | Case No.: C-08-2052-SC
   | COMPANY, |
16 |                          | Related to Case No:
   |                          | 07-CV-05926-SC
   |        Plaintiff,        | 07-CV-06045-SC
17 |                          | 07-CV-05800-SC
   |        vs.               | 08-CV-02268-SC
18 |                          |
   | JOHN JOSEPH COTA; REGAL STONE | **THE CONTINENTAL INSURANCE**
19 | LIMITED; FLEET MANAGEMENT LTD,; | **COMPANY'S NOTICE OF DISMISSAL**
   | and the M/V COSCO BUSAN, LR/IMO Ship | **OF COMPLAINT AS TO DEFENDANT**
20 | No. 9231743 her engines, apparel, electronics, | **JOHN JOSEPH COTA (ONLY),**
   | tackle, boats, appurtenances, etc., *in rem*, | **WITHOUT PREJUDICE**
21 |                          |
22 |        Defendants.       | **(FRCP 41(a)(1)(A)(i) – No Court Order**
   |                          | **Required)**
23 |                          |
24 | AND RELATED CROSS-ACTIONS |
25
26
27
28

— 1 —

## NOTICE OF DISMISSAL

WHEREAS, defendant John Joseph Cota ("Cota") has invoked and declined to waive the arbitration clause in the insurance contract between plaintiff The Continental Insurance Company ("Continental") and Cota;

WHEREAS, Continental acknowledges Cota's right to arbitration of at least one of the causes of action asserted by Continental against Cota in Continental's First Amended Complaint;

WHEREAS, Continental desires to proceed expeditiously to arbitration;

WHEREAS, Fed. R. Civ. P. 41(a)(1)(A) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;

WHEREAS, in an action involving multiple defendants, Fed. R. Civ. P. 41(a)(1)(A) allows a plaintiff to dismiss the action as against one defendant without dismissing the other defendants (*Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993));

WHEREAS, Cota has not served an answer to Continental's original Complaint nor to Continental's First Amended Complaint;

WHEREAS, defendant Cota has not served a motion for summary judgment; and

WHEREAS, defendant Cota's pending motion to compel arbitration and stay proceedings is not the "functional equivalent" of an answer or motion for summary judgment and does not eliminate Continental's absolute right under Fed. R. Civ. P. 41(a)(1)(A) to file a voluntary notice of dismissal (*Hamilton v. Shearson Lehman American Express, Inc,*. 813 F.2d 1532, 1535 (9th Cir. 1987));

\\\
\\\
\\\
\\\
\\\
\\\

1    Continental hereby dismisses its First Amended Complaint as against Cota and only

2  Cota.  This dismissal is without prejudice.

3    This dismissal does not extend to any other defendant or to any cause of action against

4  any other defendant.  Specifically, this dismissal does not extend to Regal Stone, Ltd., Fleet

5  Management, Ltd., or the *M/V Cosco Busan*.

6    This dismissal of Cota is filed on behalf of Continental only and concerns only to

7  Continental's complaint and Cota's status as a defendant thereto.  Cota is also named as a cross-

8  defendant to several cross-claims filed by his co-defendant Regal Stone.  Continental does not

9  purport to be dismissing Cota as a cross-defendant to Regal Stone's cross-claims.

10

11    DATED:  August 15, 2008

12    BULLIVANT HOUSER BAILEY PC

13

14    By _____

15    Samuel H. Ruby
     Kevin K. Ho

16    Attorneys for Plaintiff and Counterdefendant
     The Continental Insurance Company

17

18  10721719.1
     \*\*\*\*\*

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT AS TO DEFENDANT COTA ONLY
Case No. 08cv2052-SC