Samuel H. Ruby, SBN 191091
E-Mail: samuel.ruby@bullivant.com
Kevin K. Ho, SBN 233408
E-Mail: kevin.ho@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone:   415.352.2700
Facsimile:   415.352.2701

Steven M. Crane, SBN 108930
E-mail: scrane@bcrslaw.com
BERKES CRANE ROBINSON & SEAL LLP
515 South Figueroa Street, Suite 1500
Los Angeles, California 90071
Telephone:   213.955.1150
Facsimile:   213.955.1155

Attorneys for Plaintiff and Counterdefendant
The Continental Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     vs.<br><br>JOHN JOSEPH COTA; REGAL STONE LIMITED; FLEET MANAGEMENT LTD,; and the M/V COSCO BUSAN, LR/IMO Ship No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*,<br><br>            Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.: C-08-2052-SC<br><br>Related to Case No:<br>07-CV-05926-SC<br>07-CV-06045-SC<br>07-CV-05800-SC<br>08-CV-02268-SC<br><br>**[PROPOSED] ORDER DENYING IN PART AND GRANTING IN PART DEFENDANT JOHN J. COTA'S MOTION TO STAY AND/OR TO COMPEL ARBITRATION**<br><br>Hearing Date:   September 5, 2008<br>Time:           10:00 a.m.<br>Courtroom:      1 |

Defendant and cross-defendant John Joseph Cota's motion to stay (or alternatively, to compel arbitration) came on for hearing on September 5, 2008. All parties appeared through counsel. Having considered all of the evidence and argument submitted, the Court DENIES the motion in part and GRANTS the motion in part.

The Court finds that Continental's asserted claims against defendant Cota have been dismissed without prejudice. Insofar as Continental is no longer asserting claims against defendant Cota, Cota's motion to stay (or alternatively, to compel arbitration) is DENIED as moot.

The Court GRANTS Cota's motion to stay the remainder of action in this Court pending the outcome of the pending criminal proceedings against Cota.

IT IS SO ORDERED.

DATED: August 15, 2008

By _____
UNITED STATES DISTRICT COURT JUDGE

10725508.1

\*\*\*\*\*

---
— 1 —
[PROPOSED] ORDER DENYING IN PART AND GRANTING IN PART MOTION TO STAY/ COMPEL ARBITRATION - Case No. 08cv2052-SC