R. SCOTT ERLEWINE (State Bar No. 095106)
E-mail: rse@phillaw.com
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Third-Party Defendants
SAN FRANCISCO BAR PILOTS and
THE SAN FRANCISCO BAR PILOTS
BENEVOLENT AND PROTECTIVE ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN JOSEPH COTA; REGAL STONE LIMITED; FLEET MANAGEMENT, LTD.; and the M/V COSCO BUSAN, LR/IMO Ship. No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*<br><br>Defendants.<br><br>REGAL STONE LIMITED and FLEET MANAGEMENT, LTD.,<br><br>Counterclaimants,<br><br>v.<br><br>THE CONTINENTAL INSURANCE COMPANY,<br><br>Counterdefendant. | Case No. C-08-2052-SC<br><br>Related to Case No:<br>3:07-CV-05926-SC<br>3:07-CV-06045-SC<br>3:07-CV-05800-SC<br><br>THIRD PARTY DEFENDANTS SAN FRANCISCO BAR PILOTS AND THE SAN FRANCISCO BAR PILOTS BENEVOLENT AND PROTECTIVE ASSOCIATION'S NON-OPPOSITION TO DEFENDANT JOHN J. COTA'S MOTION TO STAY CIVIL ACTION PENDING RESOLUTION OF CRIMINAL PROCEEDING OR, ALTERNATIVELY, TO COMPEL ARBITRATION<br><br>Date: September 5, 2008<br>Time: 10:00 a.m.<br>Ctrm.: 1 |

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street
35th Floor
San Francisco, CA 94111
(415) 398-0900

Continental Ins. Co. v. Cota, et. al, Case No. C 08-2052-SC
S:\Clients\SF Bar Pilots\8086.7(Regal Stone)\pld\nonopp-staymotion-082108.wpd

| | |
|---|---|
| REGAL STONE LIMITED and FLEET MANAGEMENT, LTD., | ) ) ) |
| Cross-Complainants, | ) ) |
| v. | ) ) |
| JOHN JOSEPH COTA, | ) ) |
| Cross-Defendant. | ) ) |
| REGAL STONE LIMITED and FLEET MANAGEMENT, LTD., | ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| THE SAN FRANCISCO BAR PILOTS and THE SAN FRANCISCO BAR PILOTS BENEVOLENT AND PROTECTIVE ASSOCIATION, | ) ) ) ) ) |
| Third-Party Defendants. | ) ) |

Third party defendants San Francisco Bar Pilots and The San Francisco Bar Pilots Benevolent and Protective Association do not oppose defendant and cross-defendant John Cota's Motion to Stay Civil Action Pending Resolution of Criminal Proceeding or, Alternatively, to Compel Arbitration.

DATED: August 21, 2008            PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
R. SCOTT ERLEWINE
Attorneys for Third-Party Defendants
SAN FRANCISCO BAR PILOTS and THE SAN FRANCISCO BAR PILOTS BENEVOLENT AND PROTECTIVE ASSOCIATION

PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street
35ᵗʰ Floor
San Francisco, CA 94111
(415) 398-0900

Continental Ins. Co. v. Cota, et. al, Case No. C 08-2052-SC
S:\Clients\SF Bar Pilots\8086.7(Regal Stone)\pld\nonopp-staymotion-082108.wpd

2