R. SCOTT ERLEWINE (State Bar No. 095106)
E-mail: rse@phillaw.com
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Third-Party Defendants
SAN FRANCISCO BAR PILOTS and
THE SAN FRANCISCO BAR PILOTS
BENEVOLENT AND PROTECTIVE ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN JOSEPH COTA; REGAL STONE LIMITED; FLEET MANAGEMENT, LTD.; and the M/V COSCO BUSAN, LR/IMO Ship. No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*<br><br>Defendants.<br><br>────────────────────────<br><br>REGAL STONE LIMITED and FLEET MANAGEMENT, LTD.,<br><br>Counterclaimants,<br><br>v.<br><br>THE CONTINENTAL INSURANCE COMPANY,<br><br>Counterdefendant. | Case No. C-08-2052-SC<br><br>Related to Case No:<br>3:07-CV-05926-SC<br>3:07-CV-06045-SC<br>3:07-CV-05800-SC<br><br>STIPULATION FOR EXTENSION OF TIME FOR THIRD PARTY DEFENDANTS SAN FRANCISCO BAR PILOTS AND THE SAN FRANCISCO BAR PILOTS BENEVOLENT AND PROTECTIVE ASSOCIATION TO ANSWER OR OTHERWISE RESPOND TO THE THIRD PARTY COMPLAINT |

PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

Continental Ins. Co. v. Cota, et. al, Case No. C 08-2052-SC
S:\Clients\SF Bar Pilots\8086.7(Regal Stone)\pld\stip-resp-third-party-comp-1.wpd

PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

|   |   |
|---|---|
| REGAL STONE LIMITED and FLEET MANAGEMENT, LTD., | ) ) ) |
| Cross-Complainants, | ) ) |
| v. | ) ) |
| JOHN JOSEPH COTA, | ) ) |
| Cross-Defendant. | ) ) |
| REGAL STONE LIMITED and FLEET MANAGEMENT, LTD., | ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| THE SAN FRANCISCO BAR PILOTS and THE SAN FRANCISCO BAR PILOTS BENEVOLENT AND PROTECTIVE ASSOCIATION, | ) ) ) ) ) |
| Third-Party Defendants. | ) ) |

The undersigned parties, by and through their counsel of record, hereby stipulate pursuant to Local Rule 6-1 that Third Party Defendants San Francisco Bar Pilots and The San Francisco Bar Pilots Benevolent and Protective Association shall have a further 14-day extension of time to and including September 15, 2008 in which to answer or otherwise respond to the Third Party Complaint filed herein. There has been one prior extension of time.

DATED: August 22, 2008

PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
R. SCOTT ERLEWINE
Attorneys for Third-Party Defendants
SAN FRANCISCO BAR PILOTS and THE SAN FRANCISCO BAR PILOTS BENEVOLENT AND PROTECTIVE ASSOCIATION

Continental Ins. Co. v. Cota, et. al, Case No. C 08-2052-SC
S:\Clients\SF Bar Pilots\8086.7(Regal Stone)\pld\stip-resp-third-party-comp-1.wpd

2

1  DATED: August 22, 2008                    KEESAL, YOUNG & LOGAN

         By: /s/ Elizabeth A. Kendrick
         ELIZABETH A. KENDRICK
         Attorneys for Defendants, Counterclaimants, Cross-
         Claimants and Third-Party Plaintiffs
         REAL STONE LIMITED and FLEET
         MANAGEMENT, LTD.

PHILLIPS, ERLEWINE &
GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

Continental Ins. Co. v. Cota, et. al, Case No. C 08-2052-SC
S:\Clients\SF Bar Pilots\8086.7(Regal Stone)\pld\stip-resp-third-party-comp-1.wpd

3