Samuel H. Ruby, SBN 191091
E-Mail: samuel.ruby@bullivant.com
Kevin K. Ho, SBN 233408
E-Mail: kevin.ho@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone:   415.352.2700
Facsimile:   415.352.2701

Steven M. Crane, SBN 108930
E-mail:  scrane@bcrslaw.com
BERKES CRANE ROBINSON & SEAL LLP
515 South Figueroa Street, Suite 1500
Los Angeles, California 90071
Telephone:   213.955.1150
Facsimile:   213.955.1155

Attorneys for Plaintiff and Counterdefendant
The Continental Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN JOSEPH COTA; REGAL STONE LIMITED; FLEET MANAGEMENT LTD,; and the M/V COSCO BUSAN, LR/IMO Ship No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*,<br><br>　　　　Defendants. | Case No.: C-08-2052-SC<br><br>Related to Case No:<br>07-CV-05926-SC<br>07-CV-06045-SC<br>07-CV-05800-SC<br>08-CV-02268-SC<br><br>**THE CONTINENTAL INSURANCE COMPANY'S NOTICE OF DISMISSAL OF COMPLAINT AS TO DEFENDANT JOHN JOSEPH COTA (ONLY), WITHOUT PREJUDICE**<br><br>(FRCP 41(a)(1)(A)(i) – No Court Order Required) |
| AND RELATED CROSS-ACTIONS | |

– 1 –
PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT AS TO DEFENDANT COTA ONLY
Case No. 08cv2052-SC

## NOTICE OF DISMISSAL

WHEREAS, defendant John Joseph Cota ("Cota") has invoked and declined to waive the arbitration clause in the insurance contract between plaintiff The Continental Insurance Company ("Continental") and Cota;

WHEREAS, Continental acknowledges Cota's right to arbitration of at least one of the causes of action asserted by Continental against Cota in Continental's First Amended Complaint;

WHEREAS, Continental desires to proceed expeditiously to arbitration;

WHEREAS, Fed. R. Civ. P. 41(a)(1)(A) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;

WHEREAS, in an action involving multiple defendants, Fed. R. Civ. P. 41(a)(1)(A) allows a plaintiff to dismiss the action as against one defendant without dismissing the other defendants (*Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993));

WHEREAS, Cota has not served an answer to Continental's original Complaint nor to Continental's First Amended Complaint;

WHEREAS, defendant Cota has not served a motion for summary judgment; and

WHEREAS, defendant Cota's pending motion to compel arbitration and stay proceedings is not the "functional equivalent" of an answer or motion for summary judgment and does not eliminate Continental's absolute right under Fed. R. Civ. P. 41(a)(1)(A) to file a voluntary notice of dismissal (*Hamilton v. Shearson Lehman American Express, Inc,.* 813 F.2d 1532, 1535 (9th Cir. 1987));

\\\
\\\
\\\
\\\
\\\
\\\

1   Continental hereby dismisses its First Amended Complaint as against Cota and only
2 Cota.  This dismissal is without prejudice.
3   This dismissal does not extend to any other defendant or to any cause of action against
4 any other defendant.  Specifically, this dismissal does not extend to Regal Stone, Ltd., Fleet
5 Management, Ltd., or the *M/V Cosco Busan*.
6   This dismissal of Cota is filed on behalf of Continental only and concerns only to
7 Continental's complaint and Cota's status as a defendant thereto.  Cota is also named as a cross-
8 defendant to several cross-claims filed by his co-defendant Regal Stone.  Continental does not
9 purport to be dismissing Cota as a cross-defendant to Regal Stone's cross-claims.

11   DATED: August 15, 2008

12   BULLIVANT HOUSER BAILEY PC

14   By _____
15   Samuel H. Ruby
    Kevin K. Ho

16   Attorneys for Plaintiff and Counterdefendant
17   The Continental Insurance Company

18   10721719.1

    *****



IT IS SO ORDERED
Judge Samuel Conti