R. SCOTT ERLEWINE (State Bar No. 095106)
E-mail: rse@phillaw.com
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Third-Party Defendants
SAN FRANCISCO BAR PILOTS and
THE SAN FRANCISCO BAR PILOTS
BENEVOLENT AND PROTECTIVE ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN JOSEPH COTA; REGAL STONE LIMITED; FLEET MANAGEMENT, LTD.; and the M/V COSCO BUSAN, LR/IMO Ship. No. 9231743 her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*<br><br>　　　　Defendants.<br><br>REGAL STONE LIMITED and FLEET MANAGEMENT, LTD.,<br><br>　　　　Counterclaimants,<br><br>v.<br><br>THE CONTINENTAL INSURANCE COMPANY,<br><br>　　　　Counterdefendant. | Case No. C-08-2052-SC<br><br>Related to Case No:<br>3:07-CV-05926-SC<br>3:07-CV-06045-SC<br>3:07-CV-05800-SC<br><br>STIPULATION FOR EXTENSION OF TIME FOR THIRD PARTY DEFENDANTS SAN FRANCISCO BAR PILOTS AND THE SAN FRANCISCO BAR PILOTS BENEVOLENT AND PROTECTIVE ASSOCIATION TO ANSWER OR OTHERWISE RESPOND TO THE THIRD PARTY COMPLAINT |

Continental Ins. Co. v. Cota, et. al, Case No. C 08-2052-SC
S:\Clients\SF Bar Pilots\8086.7(Regal Stone)\pld\stip-resp-third-party-comp-2.wpd

PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

|   |   |
|---|---|
| 1 | REGAL STONE LIMITED and FLEET MANAGEMENT, LTD., |
| 2 |   |
| 3 | Cross-Complainants, |
| 4 | v. |
| 5 | JOHN JOSEPH COTA, |
| 6 | Cross-Defendant. |

|   |   |
|---|---|
| 7 | REGAL STONE LIMITED and FLEET MANAGEMENT, LTD., |
| 8 |   |
| 9 | Third-Party Plaintiffs, |
| 10 | v. |
| 11 | THE SAN FRANCISCO BAR PILOTS and THE SAN FRANCISCO BAR PILOTS BENEVOLENT AND PROTECTIVE ASSOCIATION, |
| 12 |   |
| 13 | Third-Party Defendants. |

The undersigned parties, by and through their counsel of record, hereby stipulate pursuant to Local Rule 6-1 that Third Party Defendants San Francisco Bar Pilots and The San Francisco Bar Pilots Benevolent and Protective Association shall have a further extension of time to and including the earlier of 1) ten days after the court's ruling on the pending motion filed by Defendant John Cota to stay this action, or if such motion is granted, ten days after such stay is lifted; or 2) ten days after Third Party Plaintiffs Regal Stone Limited and Fleet Management provide written notice to Third Party Defendants that they are withdrawing this extension (so

PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

Continental Ins. Co. v. Cota, et. al, Case No. C 08-2052-SC
S:\Clients\SF Bar Pilots\8086.7(Regal Stone)\pld\stip-resp-third-party-comp-2.wpd

2

1  long as this action is not stayed at the time), in which to answer or otherwise respond to the Third
2  Party Complaint filed herein.  There have been two prior extensions of time.

3
4  DATED: September 12, 2008          PHILLIPS, ERLEWINE & GIVEN LLP
5
6                                     By: _____
                                          R. SCOTT ERLEWINE
7                                     Attorneys for Third-Party Defendants
                                      SAN FRANCISCO BAR PILOTS and THE SAN
8                                     FRANCISCO BAR PILOTS BENEVOLENT AND
                                      PROTECTIVE ASSOCIATION
9

10 DATED: September 12, 2008          KEESAL, YOUNG & LOGAN
11
12
                                      By: _____
13                                        ELIZABETH A. KENDRICK
                                      Attorneys for Defendants, Counterclaimants, Cross-
14                                    Claimants and Third-Party Plaintiffs
                                      REAL STONE LIMITED and FLEET
15                                    MANAGEMENT, LTD.

**IT IS SO ORDERED**
Judge Samuel Conti
United States District Court, Northern District of California

PHILLIPS, ERLEWINE &
GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

Continental Ins. Co. v. Cota, et. al, Case No. C 08-2052-SC
S:\Clients\SF Bar Pilots\8086.7(Regal Stone)\pld\slip-resp-third-party-comp-2.wpd

3