1 | SCOTT T. PRATT, CASB No. 67192
scott.pratt@kyl.com
2 | JOSEPH A. WALSH II, CASB No. 143694
joe.walsh@kyl.com
3 | ELIZABETH A. KENDRICK, CASB No. 123163
elizabeth.kendrick@kyl.com
4 | KEESAL, YOUNG & LOGAN
A Professional Corporation
5 | 400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
6 | Telephone: (562) 436-2000
Facsimile: (562) 436-7416
7 |
Attorneys for Defendants
8 | REGAL STONE LIMITED and FLEET MANAGEMENT, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RLI INSURANCE COMPANY, | ) Case No. C-08-2052-SC |
|---|---|
| Plaintiff-in-Intervention, | ) |
| vs. | ) **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS REGAL STONE LIMITED AND FLEET MANAGEMENT, LTD. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT-IN-INTERVENTION OF RLI INSURANCE COMPANY** |
| REGAL STONE LIMITED; FLEET MANAGEMENT, LTD.; and the M/V COSCO BUSAN, LR/IMO Ship No. 9231743, her engines, apparel, electronics, tackle, boats, appurtenances, etc., *in rem*, | ) |
| Defendants. | ) |
| REGAL STONE LIMITED and FLEET MANAGEMENT, LTD., | ) |
| Counterclaimants, | ) |
| vs. | ) |
| THE CONTINENTAL INSURANCE COMPANY, | ) |
| Counterdefendant. | ) |

///

KYL_LB1186805

STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE
RESPOND TO THE COMPLAINT-IN-INTERVENTION - Case No. C-08-2052-SC

|    |    |
|----|----|
| 1  | The undersigned parties, by and through their counsel of record, hereby stipulate pursuant to Local Rule 6-1 that Defendants REGAL STONE LIMITED and FLEET MANAGEMENT, LTD. shall have an extension of time to and including ten days after the stay in this action is lifted to answer or otherwise respond to the Complaint-In-Intervention filed herein. There have been no prior extensions of time. |

DATED: December 4, 2008

_/s/ Andrew J. King_
JULIA A. MOLANDER (CASB No. 83839)
ANDREW J. KING (CASB No. 253962)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
Attorneys for Plaintiff-in-Intervention
RLI INSURANCE COMPANY

DATED: December 4, 2008

_/s/ Elizabeth A. Kendrick_
SCOTT T. PRATT
JOSEPH A. WALSH II
ELIZABETH A. KENDRICK
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
REGAL STONE LIMITED and FLEET MANAGEMENT, LTD.

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA